S. LANE TUCKER
United States Attorney

AMY MILLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Email: amy.miller@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALONZO WILLIAMS,<br><br>Defendant. | No. 3:23-cr-00086-01-SLG-KFR |

**NOTICE OF ATTORNEY APPEARANCE**

COMES NOW the United States, by and through undersigned counsel, and hereby

gives notice that Assistant U.S. Attorney Amy Miller, now appears as counsel for the

United States of America in the above-entitled action.

Assistant United States Attorney Tara Lewis and Assistant United States Attorney

Morgan J. Walker are no longer an active participant in the above referenced case. The

government authorizes the Clerk's Office to terminate service on Ms. Lewis and

Ms. Walker of all future documents filed in this case.

RESPECTFULLY SUBMITTED October 10, 2023, at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ Amy Miller
AMY MILLER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2023,
a copy of the foregoing was served
electronically on all counsel of record.

s/ Amy Miller
Office of the U.S. Attorney

*U.S. v. Williams, et al*
3:23-cr-00086-01-SLG-KFR          Page 2 of 2